```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
CLARA LOPEZ,                                        :
                                                    :
                        Plaintiff,                  :
                                                    :              20-CV-4843 (JPC)
        -v-                                         :
                                                    :              NOTICE OF
COMMISSIONER OF SOCIAL SECURITY,                    :              REASSIGNMENT
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge