UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
CLARA LOPEZ, :
:
                     Plaintiff, :
:    20-CV-4843 (JPC)
     -v- :
:    ORDER
COMMISSIONER OF SOCIAL SECURITY, :
:
                    Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On June 17, 2021, Defendant filed a proposed consent order. Dkt. 19. The Clerk of Court rejected this for two reasons. First, the form must include the date on which Plaintiff's counsel signed it. Second, the parties must submit this form to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov rather than filing it on the docket.

    Within one week of the filing of this Order, the parties shall submit a corrected consent form to the Orders & Judgments Clerk.

    SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge